CLOSED

**LITE DePALMA GREENBERG & RIVAS, LLC**
Victor A. Afanador, Esq.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 623-3000
Attorneys for Defendant,
The City of Paterson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD ORTIZ, JUAN M. BAEZ II, QIN FA ZHENG, SIMON BARBOSA, JONATHAN OLIVA, LUIS ARAOZ, and AHMET KOTSEV, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF PATERSON, NEW JERSEY and JERRY SPEZIALE, SHERIFF OF PASSAIC COUNTY, NEW JERSEY,<br><br>Defendants. | Civil Action 05-cv-1770 (JLL)<br><br>**SETTLEMENT ORDER** |

**IT APPEARING** that the above captioned matter is reported as settled by the parties;

**APPEARING** that the parties to this action are still in the process of finalizing the Settlement Agreement and the time for final payment to Plaintiffs' counsel on behalf of his clients; and it further

**APPEARING** that the parties request the entry of this Settlement Order to accelerate the time to consummate the settlement of this matter;

**IT IS** on this 5 day of Sept., 2006

**ORDERED**, that this matter is DISMISSED without cost and without prejudice to right, upon motion and good cause shown, within 60 days, to reopen this action is the settlement is not consummated;

**IT IS FURTHER ORDERED** that the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties;

**IT IS FURTHER ORDERED** that the motions for summary judgment [Docket # 10 and Docket # 15] are hereby DISMISSED as moot.

                                                  José L. Linares
                                                  United States District Court